UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAVERICK RECORDING COMPANY., a
California joint venture, et al.,

                               Plaintiffs,

-against-

KRISTOFO HAGERSTROM,

                               Defendant.
-----------------------------------------------------------x

Civil Action No. 05CV1100 (DGT)(RML)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action without prejudice, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       July 27, 2005

By: _____
J. Christopher Jensen (JJ 1864)
Jason D. Sanders (JS 2219)
Maryann Penney (MP-0741)
COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

So Ordered:

s/David G. Trager  8/8/05
U.S.D.J.

25369/149/709720.1

## CERTIFICATE OF SERVICE

I, Maryann E. Penney, being a member of the Bar of this Court, certify that on July 27, 2005, I caused a true copy of the foregoing *Notice of Dismissal* to be served upon the Defendant by First Class Mail addressed to:

>Kristofo Hagerstrom
>127 Hewlett Avenue
>Point Lookout, NY 11569

Dated:     New York, New York
             July 27, 2005

                                              _____
                                              MARYANN E. PENNEY (MP 0741)